I would like to file $100,000 law suit for:

1.  Back pay

2.  Harassment by supervisors about job 20 yr

3.  Discrimination of Race

4.  Pain & Suffering

5.  Age discrimination

6.  Wrongful termination

I will briefly touch on each subject:





Previous

Employee:

Cumby, Deveroyle M

vs

WILLIAMS-SONOMA
4334 N.W. Expressway
Suite 124
Okla. City, OK   73126

Discrimination: I am African American. My last supervisor constantly skyed emailed me about my Stella Score.  He was in Las Vegas, George S.  I passed for the month he skyped me said he wanted to talk about Stella.  Call him, said I transferred 43 calls in 2 months time.  I was suspended.  I tried to explain crash/weather/registry on new system, etc.  No one listened except the Unemployment Office and gave me my unemployment A reversal. I worked 20 years at Williams Sonoma 17 at 7720 N.W. 85th Terrace call center. Worked from home 2+ years.  Since 1st year I was <u>discriminated</u> against.

1.  Thrown out of customer service class 1st year.  Quit.  Came back said as sales only.  Unable to be promoted.  Had 15-20 Supervisors 20 years unable to be promoted w/o Customer Service training.  <u>Pain & Anguish,</u> 5 years ago all sales had to be Customer Service trained.  99 percent were 60+ years old.  Age discrimination.  I was singled out about once a year to be written up on a discriminatory nature.  Once I mentioned all or most Supervisors were white.  Another a error on website price and I told a relative.

Stella Surveys came along a monthly goal was to be met.  In September, 2019, I met the goal.  My Supervisor came up with some other reason to fire me.  I was to progress to a written.  It is a tough goal to meet.

2 months prior I was told by my last Supervisor if you were close you'd get a pass for month. He was black & dismissed also 10 other African Americans most were 50+ of age.

Lastly after I was Customer Service trained I went to the furn dept. I was harassed and written up for any & everything more than any other Supervisor constantly calling. She was black. She even called police on me. Said loud noises as I was working from home were heard.

Subject: Complaint file

Reason: Requirement to file law suit

Charge: Issued & Right to Sue on March 10th by EEOC

Against: Williams Sonoma Inc., Company Headquarters, San Fransisco, CA

Terminated: September 11, 2019 worked from home OKC

Requesting Attorney: Now I'm self representing. Can't afford $5,000 - $10,000 fee. I spoke to Ed Bozier yesterday.

Reason: I had to transfer a few calls. Supervisor said 2 months 40 calls.

I    transfer    to Furn Hub & also give phone number Blackouts - Storms - Crashes often had to report to call Center if unable to get back up. Not registry OMS trained new system. Other reason also.

Fast forward to:  2018 - 2019

Appt' d to retail escalation line.  No training that was mandatory done after 1 month, back into normal calls.

Appt' d to P & P Lead Line.  Questionnaire person to help new associates.  2 months no complaints.  Told job ends December 31?  Saw a  company emails where other people were retained.

Had 5 - 6 Supervisors 2017 - Ms. Henderson harassed me.  Gonales did not request training for registry calls on new system resulting in transfer.  She updated my profile.

My Mom got sick few weeks after 20 year termination had stroke, never walked & died.

*Deveroyle Cumby*

Jury trail request

**DEVEROYLE M. CUMBY**
Home Number: 405-525-0449
Cell: 405-210-0834
deveroylec@gmail.com